[No. 6937-7-II.   Division Two.   May 8, 1985.]

THE HOUSING AUTHORITY OF THE CITY OF TACOMA,
*Respondent,* v. DESTINY R. TUCKER,
*Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83-2-00704-1, Robert H. Peterson, J., entered March 14, 1983. *Dismissed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Alexander, JJ.

[No. 6772-2-II.   Division Two.   May 9, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL ANTHONY JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 82-1-00487-1, Robert D. McMullen, J., entered December 10, 1982. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, A.C.J., and Petrich, J.

[No. 13894-4-I.   Division One.   May 9, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN LAWRENCE MISNER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-1-01396-4, Arthur E. Piehler, J., entered September 27, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield, A.C.J., and Williams, J.